1  McGREGOR W. SCOTT
   United States Attorney
2  WILLIAM B. TAYLOR
   Special Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
      UNITED STATES OF AMERICA
7

8

9                       UNITED STATES DISTRICT COURT

10                      EASTERN DISTRICT OF CALIFORNIA

11

| UNITED STATES OF AMERICA, | Case No. 1:20-mj-00077-SAB |
|---|---|
| Plaintiff, | NOTICE OF HEARING CHANGE AND ORDER TO APPEAR *AND* CERTIFICATE OF SERVICE BY MAIL |
| v. | |
| JAMES LEE NOVAK, | CVB DATE:    August 27, 2020<br>TIME:              9:00 a.m.<br>COURTROOM:   9 |
| Defendant. | |
| | The Honorable Stanley A. Boone |

   NOTICE IS HEREBY GIVEN that the CVB hearing date of August 20, 2020, has been moved to August 27, 2020.  Plaintiff, United States of America, by and through McGregor W. Scott, United States Attorney, and William B. Taylor, Special Assistant United States Attorney, hereby requests that Defendant, James Lee Novak, be given notice and be ordered to appear at the new CVB hearing date of August 27, 2020, at 9:00 a.m., before the Honorable Magistrate Judge Stanley A. Boone.

   DATED: August 4, 2020                    Respectfully submitted,

                                            McGREGOR W. SCOTT
                                            United States Attorney

                                      By:   /s/  William Taylor
                                            WILLIAM B. TAYLOR
                                            Special Assistant United States Attorney

                                            1

1  **O R D E R**

2      IT IS HEREBY ORDERED that inasmuch as the CVB hearing date of August 20, 2020, has

3  been moved to August 27, 2020, Defendant is hereby ordered to appear on August 27, 2020, at 9:00 a.m.

4  before Magistrate Judge Stanley A. Boone.

5

6  IT IS SO ORDERED.

7  Dated:   **August 4, 2020**

                                      UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that he/she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on August 4, 2020, a copy of the NOTICE OF HEARING CHANGE AND [PROPOSED] ORDER TO APPEAR *AND* CERTIFICATE OF SERVICE BY MAIL was served by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Fresno, California.

Addressee(s):

James Lee Novak
313 West Pilot Avenue
Bakersfield, California 93308

/s/ F. DaSILVA
F. DaSILVA