1    HEATHER E. WILLIAMS, #122664
     Federal Defender
2    MATTHEW LEMKE, D.C. Bar #1023347
     Assistant Federal Defender
3    2300 Tulare Street, Suite 330
     Fresno, CA  93721
4    Telephone: (559) 487-5561
     Fax: (559) 487-5950
5
     Attorney for Defendant
6    JAMES NOVAK

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              District Court Case No. 1:20-cr-00230-DAD
                                            (Magistrate Case No. 1:20-mj-00077-SAB)
12             Plaintiff,
                                            STIPULATION TO EXTEND
13        vs.                               BRIEFING SCHEDULE; AND
                                            ORDER
14   JAMES NOVAK,

15             Defendant.

16

17        **IT IS HEREBY STIPULATED** by and between the parties hereto, through their

18   respective counsel, Special Assistant United States Attorney William Taylor, counsel for

19   Plaintiff, and Matthew Lemke, counsel for Defendant James Novak, that the appeal briefing

20   schedule be extended.  Mr. Novak filed a Notice of Appeal from Magistrate Judge Stanley

21   Boone's decision in 1:20-mj-00077-SAB.  ECF No. 16.  The Court Clerk's Office set a briefing

22   schedule pursuant to Local Rule 422.  ECF No. 17.  Counsel now requests an extension of that

23   briefing schedule in order to allow additional time to conduct legal research and prepare a

24   written brief:

25

| Event | Proposed deadline |
| --- | --- |
| Appellant's brief | January 29, 2021 |
| Appellee's brief | February 26, 2021 |
| Optional reply brief | March 12, 2021 |

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Date: January 19, 2021          */s/ William Taylor*
                                WILLIAM TAYLOR
                                Special Assistant United States Attorney
                                Attorney for Plaintiff


                                HEATHER E. WILLIAMS
                                Federal Defender


Date: January 19, 2021          */s/ Matthew Lemke*
                                MATTHEW LEMKE
                                Assistant Federal Defender
                                Attorney for Defendant
                                JAMES NOVAK


## ORDER

IT IS SO ORDERED.  For the reasons set forth above, the briefing schedule for

Defendant James Novak's appeal is extended as follows: Appellant's brief is due January 29,

2021; Appellee's brief is due February 26, 2021; Appellant's optional reply brief is due March

12, 2021.

IT IS SO ORDERED.

   Dated:   **January 20, 2021**          _____
                                          UNITED STATES DISTRICT JUDGE

Novak, J.:
Stipulation and Proposed Order