1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MATTHEW LEMKE, D.C. Bar #1023347
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, CA  93721
4  Telephone: (559) 487-5561
   Fax: (559) 487-5950
5
   Attorney for Appellant
6  JAMES NOVAK

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | Case No. 1:20-cr-00230-DAD |
|---|---|---|
| 12 | Appellee, | STIPULATION TO EXTEND BRIEFING SCHEDULE; AND ORDER |
| 13 | vs. | |
| 14 | JAMES NOVAK, | |
| 15 | Appellant. | |

16

17  **IT IS HEREBY STIPULATED** by and between the parties hereto, through their

18  respective counsel, Special Assistant United States Attorney William Taylor, counsel for

19  Appellee, and Matthew Lemke, counsel for Appellant James Novak, that Appellant's opening

20  brief may be filed on Monday, February 1, 2021.  Mr. Novak filed a Notice of Appeal from

21  Magistrate Judge Stanley Boone's decision in 1:20-mj-00077-SAB. ECF No. 16.  The Court

22  Clerk's Office set a briefing schedule pursuant to Local Rule 422. ECF No. 17.  On January 20,

23  2021, the Court granted the parties first request to extend the briefing schedule.  ECF No. 21.  In

24  order to allow sufficient time to complete legal research and a written brief while maintaining an

25  active caseload, counsel now requests the Court permit Appellant to file an opening brief by

26  February 1, 2021.  This will be Appellant's final extension request in this matter.

27  / / /

28  / / /

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | MCGREGOR W. SCOTT<br>United States Attorney |
| Date: January 29, 2021 | */s/ William Taylor*<br>WILLIAM TAYLOR<br>Special Assistant United States Attorney<br>Attorney for Appellee |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: January 29, 2021 | */s/ Matthew Lemke*<br>MATTHEW LEMKE<br>Assistant Federal Defender<br>Attorney for Appellant<br>JAMES NOVAK |

## **ORDER**

For the reasons set forth above, the briefing schedule for Appellant James Novak's appeal is extended as follows: Appellant's opening brief is now due Monday, February 1, 2021 and no further extensions of time will be granted for this purpose. The remaining pleadings shall be filed as previously ordered.

IT IS SO ORDERED.

Dated:   **January 29, 2021**              *[signature: Dale A. Drozd]*
                                           UNITED STATES DISTRICT JUDGE

Novak:
Stipulation and Proposed Order

2